United States District Court

For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   BRUCE BORCHERS,                                          No. C-10-1706 MMC

12            Plaintiff,                                      **ORDER DIRECTING DEFENDANT TO**
                                                             **SUBMIT CHAMBERS COPY OF**
13      v.                                                   **DOCUMENTS IN COMPLIANCE WITH**
                                                             **GENERAL ORDER 45 AND THE**
14   THE STANDARD FIRE INSURANCE                             **COURT'S STANDING ORDERS**
     COMPANY,
15
              Defendant.
16   _____/

17

18          On June 11, 2010, defendant The Standard Fire Insurance Company electronically

19   filed its opposition to plaintiff's motion to remand, as well as a declaration in support of its

20   opposition.  Defendant has violated General Order 45 and the Court's Standing Orders,

21   however, by failing to deliver to the Clerk's Office "no later than noon on the business day

22   following the day that the papers are filed electronically, one paper copy of each document

23   that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the

24   judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45

25   § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M.

26   Chesney ¶ 2.

27          Defendant is hereby ORDERED to comply with General Order 45 and the Court's

28   Standing Orders by immediately submitting a chambers copy of the above-referenced

1  documents.  Defendant is hereby advised that if it fails in the future to comply with General

2  Order 45 and the Court's Standing Order to provide a chambers copy of each

3  electronically-filed document, the Court may impose sanctions, including, but not limited to,

4  striking from the record any electronically-filed document of which a chambers copy has not

5  been timely provided to the Court.

6       **IT IS SO ORDERED.**

7

8  Dated:  June 21, 2010

MAXINE M. CHESNEY

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2