IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BORCHERS, | No. C-10-1706 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| THE STANDARD FIRE INSURANCE COMPANY, | |
| Defendant. / | |

The court-appointed mediator having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged herein against defendant be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: November 17, 2010

_____
MAXINE M. CHESNEY
United States District Judge